ACCEPTED
05-18-00096-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 2:41 PM
LISA MATZ
CLERK

Appellate Docket Number:

Appellate Case Style: Style: Matthew Barrett O'Shea

Vs. State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
01/30/2018 2:41:40 PM
LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Matthew | ☒ Lead Attorney |
| Middle Name: Barrett | First Name: Julie |
| Last Name: O'Shea | Middle Name: |
| Suffix: | Last Name: Woods |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☒ Public Defender |
| Pro Se: ◯ | Firm Name: Dallas County Public Defender's Office |
| | Address 1: Appellate Division |
| | Address 2: 133 N. Riverfront Blvd., LB-2 |
| | City: Dallas |
| | State: Texas   Zip+4: 75207 |
| | Telephone: (214) 653-3550   ext. |
| | Fax: (214) 653-3539 |
| | Email: Julie.Woods@dallascounty.org |
| | SBN: 24046173 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: State of Texas | ☐ Lead Attorney |
| Middle Name: | First Name: Lori |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Ordiway |
| Appellee Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☒ District Attorney ☐ Public Defender |
| Pro Se: ○ | Firm Name: Dallas County District Attorney's Office |
| | Address 1: Appellate Section |
| | Address 2: 133 N. Riverfront Blvd., LB-19 |
| | City: Dallas |
| | State: Texas    Zip+4: 75207 |
| | Telephone: (214) 653-3600    ext. |
| | Fax: |
| | Email: Lori.Ordiway@dallascounty.org |
| | SBN: 12327300    Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: January 22, 2018

Offense charged: Aggravated Sexual Assault of a Child

Date of offense: July 1, 2014

Defendant's plea: Nolo Contendere

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: January 22, 2018

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 35 years TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: January 22, 2018

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: January 22, 2018

Date of hearing:    ☐ NA

Date of order:    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: January 22, 2018

## VIII. Trial Court And Record

Court: 265th Judicial District Court

County: Dallas

Trial Court Docket Number (Cause no):   F15-75168-R

Trial Court Judge (who tried or disposed of the case):

First Name:   Jennifer

Middle Name:

Last Name:   Bennett

Suffix:

Address 1:   265th Judicial District Court

Address 2:   133 N. Riverfront Blvd., LB-32

City:   Dallas

State:   Texas          Zip + 4:   75207

Telephone:   (214) 653-5842      ext.

Fax:   (214) 653-5846

Email:

Clerk's Record:

Trial Court Clerk:   ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested: Jan 30, 2018

If no, date it will be requested:

Were payment arrangements made with clerk?   ☐ Yes   ☒ No

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes   ☐ No

Was reporter's record requested?   ☒ Yes   ☐ No

Was the reporter's record electronically recorded?   ☐ Yes   ☐ No

If yes, date requested: Jan 30, 2018

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes   ☒ No

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name:   Joe

Middle Name:

Last Name:   Phillips

Suffix:

Address 1:   265th Judicial District Court

Address 2:   133 N. Riverfront Blvd., LB-30

City:

State:   Texas          Zip + 4:   75207

Telephone:   (214) 653-5843      ext.

Fax:

Email:   joeandtuckerdog@yahoo.com

☒ Court Reporter      ☐ Court Recorder
☐ Official      ☐ Substitute

First Name:    Deborah

Middle Name:

Last Name:    Harris

Suffix:

Address 1:

Address 2:

City:

State:    Texas      Zip + 4:

Telephone:      ext.

Fax:

Email:    amlibr@aol.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: F15-51850-R        Court:   5th District Court of Appeals

Style:    Matthew Barrett O'Shea

     Vs.    State of Texas

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: F15-75167-R        Court:   5th District Court of Appeals

Style:    Matthew Barrett O'Shea

     Vs.    State of Texas

## X.  Signature

_____

Signature of counsel (or Pro Se  Party)

Printed Name:

Electronic Signature:  /s/ Julie Woods
    (Optional)

Date:  January 30, 2018

State Bar No:  24046173

Name:  Julie Woods

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  January 30, 2018  .

_____

Signature of counsel (or pro se party)

Electronic  Signature:  /s/ Julie Woods
    (Optional)

State Bar No.:  24046173

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 30, 2018

Manner Served: eServe

First Name:  Lori

Middle Name:

Last Name:  Ordiway

Suffix:

Law Firm Name:  Dallas County District Attorney's Office

Address 1:  Appellate Section

Address 2:  133 N. Riverfront Blvd., LB-19

City:  Dallas

State  Texas  Zip+4: 75207

Email:  DCDAAppeals@dallascounty.org

FILED
1/22/18
No ☐ Yes ☑ Date 1/22/18
2018 JAN 22 PM 3:47
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

Judgment / sentence Date
Motion for new trial filed

Deputy District Clerk

THE STATE OF TEXAS

VS.

Matthew O'Shea

CAUSE NO. F 15 75168 -

265TH DISTRICT COURT _____

DALLAS COUNTY, TEXAS

# DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
District Clerk
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel, it is Ordered the Honorable

_____ Address: _____

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe al of the notes as same may appertain to his cause and as taken during the

trial of this cause which began on _____ , _____.

and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

Cause No. _F15-75168_

FILED

2018 JAN 30 AM 9:56

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

_____DEPUTY

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE _____ |
| VS. | § | DISTRICT COURT _____ |
| _Matthew O'Shea_ | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____        _1-30-2018_____
Judge                                                    Date Signed

    I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for a discretionary review.

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any):

Defendant's Counsel _Michael R. Casillas_
State Bar No.: 03967500
Mailing Address: 133 N. Riverfront Blvd
Telephone #: 214.653.3550
Fax # (if any): 214.653.3539

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).